UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No. 07 CR 336
v. )
) Judge James B. Zagel
MICKEY LONIELLO and )
NATHANIEL AGUILAR

**PROTECTIVE ORDER**

Upon the government's motion for the entry of protective order, it is hereby ORDERED as follows:

1. All materials produced by the United States in preparation for or in connection with any stage of the proceedings in this case, including but not limited to grand jury transcripts, agency reports, witness statements, memoranda of interview, tapes, computer disks, transcripts, documents, orders issued by the Court, applications, affidavits, and any other tangible items provided by the government (collectively, "these materials") remain the property of the United States. The Court may require a certification as to the disposition of any such materials retained.

2. All these materials produced by the United States may be utilized by defendants, defendants' counsel of record, and employees and agents of defendant's counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. Defendants' counsel of record and defendants shall not disclose these materials either directly or indirectly to any person other than defendants, defendants' counsel of record, defendants' spouses, persons employed or agents working with defendants' counsel to assist in the defense, potential witnesses to whom documents relevant to their testimony

may be shown in connection with the defense of this case, an attorney for that potential witness, or such other persons as to whom the Court may explicitly authorize disclosure. Any notes or records of any kind that defense counsels or defendants may make relating to the contents of materials provided by the United States shall not be disclosed to anyone other than defendants, defendants' counsel of record, defendants' spouses, persons employed or agents working with defendants' counsel to assist the defense, potential witnesses, an attorney for a potential witness, or such other person as to whom the Court may explicitly authorize disclosure, and all such notes and records shall not be disclosed except as provided by this Order.

3. When these materials produced by the United States are disclosed by defendants or defendants' counsel of record to defendants' spouses, a potential witness, or an attorney for that potential witness pursuant to the terms of this Order, defendants' spouses, potential witness, or the attorney for that potential witness, shall not disclose the materials either directly or indirectly to any person other than defendants, defendants' counsel of record, persons employed or agents working with defendants' counsel to assist in the defense, or such other persons as to whom the Court may explicitly authorize disclosure. Any notes or records of any kind that defendants' counsel, defendants' spouses, a potential witness, or an attorney for that potential witness may make relating to the contents of materials provided by the United States shall not be disclosed to anyone other than defendants,

defendants' counsel of record, persons employed or agents working with defendants' counsel to assist in the defense, or such other person as to whom the Court may explicitly authorize disclosure.

4. These materials produced by the United States shall not be copied or reproduced by defense counsel or defendants except so as to provide copies of these materials for the use by defense counsel of record, defendants, defendants' spouse, and such persons as are employed or agents working with defendants' counsel to assist in the defense, and such copies and reproductions shall be treated in the same manner as the original matter.

5. Defendants' counsel of record shall inform defendants' spouses and all of counsels' employees and agents to whom any of these materials are disclosed that the disclosure is made pursuant to the terms of this Order; shall provide each of these individuals with a copy of this Order; and shall direct each of these individuals to comply with the terms of this Order.

6. Defendants' counsel of record shall inform all potential witnesses to whom any of these materials are disclosed and the attorney for the potential witness that the disclosure is made pursuant to the terms of this Order; shall provide each of these individuals with a copy of this Order; and shall request each of these individuals to comply with the terms of this Order.

7. The restrictions set forth in this Order do not apply to the United States, and nothing in this Order limits the government's use and/or dissemination of these materials.

8. The restrictions set forth in this Order do not apply to documents that are in the public record or public domain.

9. The Order may be modified by the agreement of the parties with permission of the Court or by further Order of the Court.

10. Any violation of this Order may result in imposition of civil and criminal sanctions.

JAMES B. ZAGEL
United States District Judge

Dated: July 24, 2007